JAMES COMMON

v.

THE PEOPLE OF THE STATE OF ILLINOIS.

*Filed at Ottawa May 13, 1891.*

APPEAL—*as to amount involved—in bastardy case.* No appeal lies from the judgment of the Appellate Court affirming a conviction in a bastardy case, and sentence to pay $550 for the support of the bastard child, when the record contains no certificate of the judges of the Appellate Court that the case involves questions of such importance, on account of direct or collateral interests, that it should be passed upon by this court.

APPEAL from the Appellate Court for the Second District;— heard in that court on appeal from the Circuit Court of Iroquois county; the Hon. ALFRED SAMPLE, Judge, presiding.

Mr. C. W. RAYMOND, for the appellant.

Mr. A. F. GOODYEAR, State's Attorney, for the People.

Mr. JUSTICE BAILEY delivered the opinion of the Court:

This was a prosecution of James Common for bastardy on the complaint of Carrie Winkle, resulting in his conviction and sentence to pay for the support and education of the bastard child, the maximum sums provided by the statute, amounting in all to $550.  On appeal to the Appellate Court said conviction was affirmed, and the defendant has taken and perfected an appeal to this court from said judgment of affirmance. The amount involved in the case is less than $1000, exclusive of costs, and as the record contains no certificate of the judges of the Appellate Court that the case involves questions of law of such importance, on account of direct or collateral interests that it should be passed upon by this court, we have no jurisdiction of the appeal.  *Scharf* v. *The People*, 134 Ill. 240. The appeal will therefore be dismissed.

*Appeal dismissed.*